405 A.2d 550

Commonwealth v. Moore, Appellant.

Submitted June 27, 1978.   Gary F. DiVito, for appellant;  Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

405 A.2d 550

Commonwealth v. Rawls, Appellant.

Submitted June 12, 1978. James J. O'Connell, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.